FILED

May 19, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002643306

BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MARK CLIVE BAILEY and FRANCINE KARLA RODRIGUEZ BAILEY,<br><br>           Debtors. | Case No. 09-18997-B-7<br><br>Chapter 7<br><br>DC No. BMS-2<br><br>**MOTION FOR APPROVAL OF SALE OF PERSONAL PROPERTY**<br><br>Date: June 23, 2010<br>Time: 10:00 a.m.<br>Dept. B, Hon. W. Richard Lee |

Beth Maxwell Stratton, Chapter 7 Trustee ("Trustee"), represents:

1.    Mark Clive Bailey and Francine Karla Rodriguez Bailey, ("Debtors"), filed their Chapter 7 bankruptcy petition on September 18, 2009. Trustee is the duly appointed, qualified and acting Trustee in this case.

2.    This court has jurisdiction over this motion by virtue of 28 U.S.C. section 1334 and 11 U.S.C. section 363. This is a core matter under 28 U.S.C. section 157(b)(2)(A) & (N).

3.    The assets of the estate include a 2004 Toyota Sienna ("Sienna").

4.    Debtors declared the value of the Sienna to be $10,450.00, and Trustee confirmed the value with Kelly Blue Book.

5.    Debtors claimed an exemption of $2,550.00 in the Sienna.

6. Trustee has agreed to sell the non-exempt equity in the Sienna to the Debtors for the sum of $7,400.00. Trustee has received the sum of $7,400.00 from the Debtors.

7. After considering the Blue Book value, Trustee believes that the above is the best price that Trustee can obtain and Trustee believes that it is in the best interest of the estate to sell the Sienna to the Debtors according to the terms as set forth above. Trustee believes that no price can be obtained for the vehicle which would net a greater amount to the estate.

8. There are no liens on the Sienna.

9. Trustee will not incur a tax liability as a result of the sale.

WHEREFORE, Trustee prays that she be authorized to sell the Sienna to the Debtors as set forth above.

Dated: May 18, 2010

_____
BETH MAXWELL STRATTON, Trustee